UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-9594-MWF(GJSx)**                                  Dated: **February 27, 2017**

Title:      Victor Fernandez -v- Saia, Inc., et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Nichole Forrest |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Michael R. Fostakowsky                       Pamela C. Calvet

**PROCEEDINGS:**   MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [13]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                                                                              :08  min